UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: Wilfred H. Evicci
Pro-se Prisoner of
Mass. Dept. of Corr.
            v.
Edward Ficco, Supt.
of SBCC; and, Com'r
of Dept. of Corr. (now)
Kathleen M. Dennehy

EMERGENCY
COMPLAINT AND AFFIDAVIT FOR A MOTION
TO PROHIBIT SBCC/DOC FROM OBSTRUCT-
ING FIRST AMEND. U.S. CONST.

SBCC has been obstructing my access to info., Supt. Ficco tells U.S. government not to send me things for court due process I seek in post conviction liberty interest to be free from unlawful restraint. SBCC takes things from me without proper notice, and obstructs outgoing mail, delays law library due process (CMR 103 DOC 478.11, et seq.) don't give me a complete CD-ROM printout of cases, don't provide loaner books etc., don't provide website and things no direct telephone calling allowed out of prison's by myself in order to contact courts agencies and departments state and federal places like NASA and Goddard Space Flight Ctr. (42 USC, § 2457); SBCC/DOC should be prohibited from obstructing First Amend. U.S. Const. as they're doing (supra), it's causing me court delay inter alia and post conviction relief abridged; I would therefore ask your court to order prohibition and award me $5,000 each week of obstructing access to info. etc., Please issue an order to SBCC/DOC to provide what I need forthwith, cf., WOCV03-1897 (Mass), and see Evicci v. Com'r DOC, 226 F.3d 26

Respectfully submitted, signed under the pains and penalties of perjury this 14th day of April, 2004.
                                                    Pro-se
Mr. Wilfred H. Evicci, (W-60156) J1-23, SBCC
(100 Harvard Rd. Lancaster, Ma.) P.O. Box 8000
Shirley, Ma. 01464