UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: Wilfred H. Evicci
v.
Edward Ficco, Supt., SBCC; And, Kathleen Dennehy, Comr, DOC.



TO WHOM IT MY CONCERN
MOTION FOR LEAVE TO HAVE YOUR COURT
MAKE DECLARATORY JUDGMENT, TO WIT:

It may be reasonable to say that the inventions of satellites were made to see the Earth's surface and what is happening on or about the Earth. The term "made", when used in relation to any invention, means the conception or first actual reduction to practice of such invention. See, for example, Williams vs. Administrator of NASA, 463 F.2d 1391, 1393 (Cust. & Pat. App. 1972).

If the court's and governmental official's haven't made inventive applications of and to use satellite's data for the use of petitioning for habeas corpus in pursuit of liberty, to be free from unlawful restraint. Then I claim the right of patent be it known and hereby acknowledged by the courts or say there is already in effect been made such invention and further say how and why not use it in my case's and other similar need's? (see 226 F.3d 26), Cf., M.R. Crim.P. 30, et seq.; "A significant, and often controling, consideration in determining the sufficiency of tests for reduction to practice lies in whether the tests show that the invention will serve the purpose for which it is intended so conclusively that practical men, men skilled in the art, would take the risk of putting it into commercial use, Id. at 1399 (463 F.2d) (case's omitted).

Respectfully submitted with no malice intended
Signed under the pains and penalties of perjury this 14th day of April, 2004.        pro-se
Mr. Wilfred H. Evicci (W-60150) J1-23, SBCC
(00 Harvard Rd., Lancaster, Ma) P.O. Box 8000
Shirley, Ma. 01464