UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILFRED H. EVICCI,
        Plaintiff,

Civil Action No. 04-10787-WGY

v.

EDWARD FICCO, et al.,
        Defendants.

## ORDER OF DISMISSAL

YOUNG, C.J.

In accordance with this Court's order dated April 21, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date April 21, 2004

(noticeofdismissal.wpd - 12/98)　　　　　　　　　　　　　　　　　　　　　　　　[odism.]